UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

GINA MARIE BURNS,

        Plaintiff,

v.

PRESTIGE FINANCIAL SERVICES, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., AND TRANSUNION,
LLC,

        Defendants.

Case No.: 1:26-cv-00472

Hon. Edmond E. Chang

## MOTION SEEKING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW COMES EXPERIAN INFORMATION SOLUTIONS, INC., and moves this Court pursuant to Local Rule 83.17 for an order to substitute DANIT MAOR of GOODWIN PROCTER LLP for DARBY PETERS and JULIAN GALE of JONES DAY, as counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC., and for an Order directing all future notices, pleadings, correspondence or other papers to be served upon EXPERIAN INFORMATION SOLUTIONS, INC., at her eservice address, address, and phone number.

DATED this 18th day of June, 2026

Respectfully Submitted,

*/s/ Darby K. Peters*
Darby K. Peters (*admitted pro hac vice*)
Julian E. L. Gale (IL Bar No.: 6342009)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-7001
Tel.: (312) 269-4157

1

2

Dkpeters@jonesday.com
Jgale@jonesday.com

*Attorney for Defendant Experian
Information Solutions, Inc.*

*/s/ Danit Maor*
Danit Maor (Bar No. 6083935)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.:(212)813-8800
DMaor@goodwinlaw.com

2

**CERTIFICATE OF SERVICE**

I, Darby Peters, certify that on June 18, 2026, I caused to be electronically filed

the foregoing with the Clerk of the United States District Court for the Northern District of

Illinois using the ECF System, which will send notice to all counsel of record in this lawsuit.

/s/ Darby K. Peters
Darby K. Peters

1