# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Gina Burns

                    Plaintiff,

v.                                        Case No.: 1:26–cv–00472
                                        Honorable Edmond E. Chang

Prestige Financial Services, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Experian's motion for leave to withdraw Darby Peters and Julian Gale as counsel and to substitute Danit Maor as counsel [61] is granted. Andrew Hill's motion to appear pro hac vice for Defendant Experian [63] is granted. Pursuant to the parties' stipulation of dismissal [58], [60] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice as to Defendants Trans Union and Equifax Information Services, each side to bear its own fees and costs. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.